## **AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 6:18CV-2120-ORL-28KRS

Plaintiff:
**COURTNEY WHITE, ON BEHALF OF HIMSELF, AND THOSE SIMILARLY SITUATED**

vs.

Defendant:
**MOVE4ALL, INC. A FLORIDA CORPORATION, CURTIS D. HERSEY AND TAMMY BABBITT, INDIVIDUALS**

TPL2018174261

For:
Benjamin Briggs
Cotney Construction Law, LLP
8621 E. Dr Martin Luther King Jr. Blvd.
Tampa, FL 33610

Received by TSI LEGAL to be served on **CURTIS D. HERSEY C/O MOVE4ALL, INC., 535 CYPRESS TREE CT., ORLANDO, FL 32825.**

I, AMANDA AKERS, being duly sworn, depose and say that on the **18th day of December, 2018** at **10:43 am, I:**

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the **Summons in a Civil Action, Civil Cover Sheet and Complaint and Demand for Jury Trial** to: **CURTIS D. HERSEY at 535 CYPRESS TREE CT., ORLANDO, FL 32825** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Defendant is not in the United States Armed Forces.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Description** of Person Served: Age: 38, Sex: M, Race/Skin Color: White, Height: 5'9", Weight: 160, Hair: Balding, Glasses: N

## AFFIDAVIT OF SERVICE For 6:18CV-2120-ORL-28KRS

I do hereby certify that I have no interest in the above action, that I am over the age of eighteen, and that I am a Certified Process Server in the circuit in which it was served.

AMANDA AKERS
#0352

TSI LEGAL
P.O. BOX 173019
TAMPA, FL 33672
(888) 835-1522

Our Job Serial Number: TPL-2018174261
Ref: Courtney White v. Move4All, Inc.

Subscribed and Sworn to before me on the 19th day of December, 2018 by the affiant who is personally known to me.

NOTARY PUBLIC

ERICA AUSTIN
MY COMMISSION # FF 935304
EXPIRES: March 10, 2020
Bonded Thru Notary Public Underwriters

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.1h