UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**COURTNEY WHITE,**

      **Plaintiff,**

v.                                                  **Case No. 6:18-cv-2120-CEM-LRH**

**MOVE4ALL, INC., CURTIS D. HERSEY, and TAMMY BABBITT,**

      **Defendants.**

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Amended Motion for Final Default Judgment and Attorneys' Fees and Costs (Doc. 45). The United States Magistrate Judge issued a Report and Recommendation (Doc. 46), recommending that the Motion be granted in part and denied in part.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 46) is **ADOPTED** and made a part of this Order.

2. The Plaintiff's Amended Motion for Final Default Judgment and Attorneys' Fees and Costs (Doc. 45) is **GRANTED in part and DENIED in part**.

   a. The Clerk is directed to enter judgement in favor of Plaintiff and against Defendants Curtis D. Hersey and Tammy Babbitt in the amount of $3,201.54 plus post-judgment interest and thereafter close this case.

   b. Insofar as Plaintiff seeks an award of attorneys' fees and costs, the Motion is **DENIED without prejudice**. **On or before July 27, 2021,** Plaintiff may file a renewed motion for attorneys' fees and costs in accordance with the Report and Recommendation.

   c. The Motion is otherwise **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on July 13, 2021.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record